JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRYL CREWS POKORNY, | Case No. EDCV 12-0931 RNB |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| CAROLYN W. CALVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: March 7, 2013

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE